**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



SECOND ORDER OF CONTINUING ABATEMENT

Appellate case name:        Ecknozzio Okeith Fontenot v. The State of Texas

Appellate case number:    01-18-00077-CR

Trial court case number:   1540146

Trial court:                      185th District Court of Harris County

Without an agreed punishment recommendation, appellant, Ecknozzio Okeith Fontenot, pleaded guilty to the felony offense of aggravated robbery with a deadly weapon. The trial court found appellant guilty and assessed his punishment at confinement for eight years. Appellant timely filed a pro se notice of appeal.

On May 31, 2018, we abated the appeal and remanded the case to the trial court to clarify appellant's right of appeal and, if necessary, appoint counsel to represent appellant on appeal. At the abatement hearing, appellant stated that he intended to go forward with the appeal and "plan[ed] on hiring a lawyer." No attorney appeared in this Court on appellant's behalf and he filed, in this Court, a request for court-appointed counsel.

Accordingly, on September 11, 2018 we directed the trial court to appoint counsel, at no expense to appellant, to represent him on appeal. And, we directed the trial court clerk to file a supplemental clerk's record containing the trial court's order appointing appellate counsel no later than October 11, 2018. On October 23, 2018, a supplemental clerk's record was filed in this Court. However, the supplemental clerk's record does not include an order appointing appellate counsel.

**Accordingly, we direct the trial court the trial court to appoint counsel, at no expense to appellant, to represent him on appeal.** *See* TEX. CODE CRIM. PROC. ANN. art. 1.051(a), (c), (d)(1), 26.04 (b)(1), (c), (p).

The trial court clerk is directed to file a supplemental clerk's record containing the trial court's order appointing appellate counsel within 30 days of the date of this order.

The appeal remains abated, treated as a closed case, and removed from this Court's active docket.

It is so ORDERED.

Judge's signature: ___/s/ Terry Jennings_
                                   ☒     Acting individually     ☐  Acting for the Court

Date: _October 30, 2018_____